Milos JIRICKO, Appellant

v.

BENNETT, BRICKLIN & SALTZ-BURG, LLP., Swartz, Campbell, LLC, Howard Ford, Paul Allison and James Haggerty, Appellees.

Supreme Court of Pennsylvania.

Jan. 25, 2005.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of January, 2005, the Motion for Supreme Court Jurisdictional Review, Violation of Due Process—Motion for Sanctions, treated as an Application for Reconsideration, and Motion to Strike are denied.